IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GUYZAR LLC** | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:17-cv-00058-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| **ZAZZLE, INC.** | § § | |
| Defendant. | § | |

## MOTION TO DISMISS VOLUNTARILY WITHOUT PREJUDICE

Plaintiff Guyzar LLC ("Guyzar") pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Guyzar against Defendant Zazzle, Inc., in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: April 20th, 2017

Ferraiuoli LLC
*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff*
*Guyzar LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 20th, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/*Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola